Case 19-70269-JAD    Doc 42    Filed 07/29/19    Entered 07/29/19 09:26:56    Desc Rschd.
First Mtg    Page 1 of 1

Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 11
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–70269–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Blacklick Hotspot Corp.
   1093 Lakemont Dr.
   Pittsburgh, PA 15243

Social Security No.:

Employer's Tax I.D. No.:
   45–3703052

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Robert O Lampl<br>Robert O Lampl Law Office<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222<br>Telephone number:  412–392–0330 | none |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 11, 2019
10:00 AM
Liberty Center, 7th Floor, Room 725, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/29/19                                      BY THE COURT

                                                    Jeffery A. Deller
                                                    Judge