UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 19-70269-JAD |
| BLACKLICK HOTSPOT CORP., | CHAPTER 11 |
| DEBTOR. | |
| _____ | |
| UNITED STATES TRUSTEE, | |
| MOVANT, | |
| v. | HEARING DATE AND TIME: April 15, 2020 at 11:00 a.m. |
| BLACKLICK HOTSPOT CORP., | RESPONSE DEADLINE: |
| RESPONDENT. | April 1, 2020 |

ORDER OF COURT

AND NOW, on this _____ day of _____, 2020 on the Motion of United States Trustee to Convert Case to Chapter 7, pursuant to the provisions of 11 U.S.C. § 1112(b), notice and a hearing thereon, it is hereby;

ORDERED, ADJUDGED and DECREED that the Chapter 11 case of Blacklick Hotspot Corp. is hereby CONVERTED to Chapter 7.

_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT