UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             BANKRUPTCY NO: 19-70269-JAD

BLACKLICK HOTSPOT CORP.,            CHAPTER 11

        DEBTOR.

_____

UNITED STATES TRUSTEE,

        MOVANT,

         v.                                  HEARING DATE AND TIME:
                                                      April 15, 2020 at 11:00 a.m.

BLACKLICK HOTSPOT CORP.,
                                                      RESPONSE DEADLINE:
        RESPONDENT.                          April 1, 2020

NOTICE OF HEARING WITH RESPONSE DEADLINE ON
UNITED STATES TRUSTEE'S MOTION TO CONVERT

TO THE RESPONDENTS:

      You are hereby notified that the Movant seeks an Order affecting your rights or property.

      You are further notified to file with the Clerk and serve on the undersigned attorney for the Movant a **response to the Motion no later than April 1, 2020**, (which is at least seventeen days from the date of the service of this notice) in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

      You should take this to your lawyer at once.

      A hearing will be held on **April 15, 2020 at 11:00 a.m.** before Judge Deller in Courtroom B, Penn Traffic Bldg., First Floor, 319 Washington Street, Johnstown, PA 15901. Video conferencing will be available in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh Pennsylvania 15219. Only a limited time of 10 minutes is being provided on

the calendar.  No witnesses will be heard.  If this is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An Order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

                                              ANDREW R. VARA
                                              UNITED STATES TRUSTEE
                                              Regions 3 and 9

Dated:  March 12, 2020                        By: /s/ Larry Wahlquist
                                              Larry Wahlquist, Trial Attorney
                                              DC ID 492864
                                              Liberty Center, Suite 970
                                              1001 Liberty Ave.
                                              Pittsburgh, Pennsylvania 15222
                                              (412) 644-4756 Telephone
                                              (412) 644-4785 Facsimile
                                              Larry.E.Wahlquist@usdoj.gov